IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00705-LTB-MEH

BRIAN LEE,

    Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
AL ESTEP, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.
_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2006.**

    For good cause shown, and lack of prejudice to the opposing party, the Motion for Leave to File Traverse and Enlargement of Time in Which to Submit Traverse [Filed July 11, 2006; Docket #18] is **granted** in part and **denied** in part.

    The Applicant is hereby allowed to file a traverse in this action, but is granted a period of 45 days in which to do so. While the Applicant's request for a 90 day period of time in which to file his traverse is not taken lightly, the Court must also remain cognizant of the Respondents' right to a prompt resolution of this matter. In order to balance these competing interests, Applicant is allowed 45 days in this regard. Accordingly, the Applicant's traverse shall be filed on or before August 25, 2006.