#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### JUDGE LEWIS T. BABCOCK

Civil Case No. 06-cv-00705-LTB-MEH

BRIAN LEE,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
AL ESTEP, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.
_____

#### ORDER
_____

      This case is before me on the recommendation of the magistrate judge that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Docket No. 5) be denied and the case dismissed with prejudice. The recommendation was issued and served on May 24, 2007. The applicant has now filed timely written objections to the magistrate judge's recommendation. The recommendation has, therefore, been reviewed *de novo*.

      To summarily state the underlying factual circumstances for the offenses upon which applicant suffered State convictions, the magistrate judge pursuant to F.R.E.201 took judicial notice of an order issued by District Judge Marcia S. Krieger denying habeas relief to applicant's co-defendant and brother in Lee v. Wakins, No. 03-72, 2005 U.S. Dist. LEXIS 44501(D.Colo.Nov.7, 2005); 03-cv-00072-MSK-PAC, Dock. #57. Applicant objects that the magistrate judge's findings in this case are based upon another judge's evaluation

of his co-defendant and is not an independent evaluation of the record to reach the merits of this applicant's claims.  First, I conclude that a judicial officer of this court can take judicial notice of the files and records in cases filed in this court pursuant to F.R.E.201.  Second, it is apparent that the magistrate judge did so summarily only to reflect the general context of trial before the Colorado State Court and reviewed by the Colorado Court of Appeals.  Most importantly, on *de novo* review and upon review of the magistrate judge's comprehensive evaluation of applicant's claims, it is apparent that the magistrate judge reviewed the claims on the basis of the record before the Colorado State Courts.  Having considered applicant's remaining objections *de novo* in light of the record in this case, I conclude that the magistrate judge's recommendation is correct.  Accordingly,

   IT IS ORDERED that the application is DENIED and the above action is DISMISSED WITH PREJUDICE.

                                BY THE COURT:


                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   August 6, 2007