IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00705-LTB-MEH

BRIAN LEE

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections,
AL ESTEP, Warden, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this __4th__ day of December, 2007.

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        JUDGE, UNITED STATES DISTRICT COURT
                                        FOR THE DISTRICT OF COLORADO